UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>            Plaintiff,<br><br>     v.<br><br>COALINGA STATE HOSPITAL, *et al.*,<br><br>            Defendants. | 1:24-cv-00433-EPG (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* **OR** PAY THE $405.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).  Accordingly, **IT IS ORDERED** that:

1.     The Clerk's Office shall send to Plaintiff the attached form for application to proceed *in forma pauperis* **for a non-prisoner**;

2.     Within thirty days of the date of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* **for a non-prisoner**, or in the alternative, pay the $405.00 filing fee. **Failure to comply with this order will result in dismissal of this action.** IT IS SO ORDERED.

Dated:    **April 15, 2024**                           /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

1