UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COALINGA STATE HOSPITAL, *et al.*,<br><br>　　　　　Defendants. | 1:24-cv-00433-EPG (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

　　　　Plaintiff Robert Sims is a civil detainee[1] proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2024, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 5). Examination of the motion, made under oath, reveals that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's motion to proceed *in forma pauperis* (ECF No. 5) is **GRANTED**.

IT IS SO ORDERED.

　　Dated:　**May 23, 2024**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq*. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act (PLRA). *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).