UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>      Plaintiff,<br><br>  v.<br><br>COALINGA STATE HOSPITAL, *et al.*,<br><br>      Defendants. | Case No. 1:24-cv-00433-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S CLAIM FOR FAILURE TO PROTECT AGAINST DEFENDANT CENTENO<br><br>(ECF Nos. 1, 7, 8)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 14 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE |

     Plaintiff Robert Sims is a civil detainee at the Department of State Hospitals-Coalinga and is proceeding *pro se* and *in forma pauperis* in this civil rights action filed mainly pursuant to 42 U.S.C. § 1983. Generally, Plaintiff alleges that Defendants failed to protect him from a patient at Coalinga who made a weapon and attacked him. (ECF No. 1).

     On June 21, 2024, the Court screened Plaintiff's complaint and concluded that only Plaintiff's claim for failure to protect against Defendant Sara V. Centeno should proceed. (ECF No. 7). The Court explained why the complaint otherwise failed to state any claims and gave Plaintiff thirty days to either file (1) a notice to go forward on his cognizable claim, (2) an amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge.

1

On July 10, 2024, Plaintiff filed a response to the screening order, stating that he wanted to proceed only on his failure-to-protect claim against Defendant Centeno. (ECF No. 8).

Accordingly, for the reasons set forth in the Court's screening order that was entered on June 21, 2024, (ECF No. 7), and because Plaintiff has notified the Court that he wants to proceed on the only claim that the Court found cognizable (ECF No. 8), IT IS RECOMMENDED that all claims and Defendants be dismissed, except for Plaintiff's failure-to-protect claim against Defendant Centeno

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Additionally, IT IS ORDERED that the Clerk of Court is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated: **July 11, 2024**                                    /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE