UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>COALINGA STATE HOSPITAL, et al.,<br><br>    Defendants. | No. 1:24-cv-00433-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 10 |

    Plaintiff Robert Sims is a civil detainee at the Department of State Hospitals-Coalinga and is proceeding pro se and in forma pauperis in this civil rights action filed mainly pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 21, 2024, the Court screened plaintiff's complaint and concluded that only plaintiff's claim for failure to protect against defendant Sara V. Centeno should proceed and instructed plaintiff to file either (1) a notice that he wishes to proceed on only his claim for failure to protect against Centeno, (2) an amended complaint; or (3) a notice that he wishes to stand on his complaint as filed and have it reviewed by a district judge. Doc. 7. On July 10, 2024, plaintiff filed a response to the screening order, stating that he wanted to proceed only on his claim for failure to protect against Centeno. Doc. 8.

Therefore, on July 11, 2024, the assigned magistrate judge recommended that all claims and defendants be dismissed, except for plaintiff's failure-to-protect claim against Centeno for the reasons set forth in the Court's screening order issued June 21, 2024.  Doc. 10.  The findings and recommendations were served on plaintiff and notified him that any objections were to be filed within fourteen days after service.  *Id.* at 2.  No objections have been filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on July 11, 2024, Doc. 10, are adopted in full;
2. All claims and defendants are dismissed, except for plaintiff's failure-to-protect claim against defendant Centeno;
3. The Clerk of the Court shall terminate Coalinga State Hospital as a defendant on the docket; and
4. This action is referred back to the assigned magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

   Dated:   October 21, 2024

_____
UNITED STATES DISTRICT JUDGE

2