UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br>Plaintiff,<br>v.<br>SARA V. CENTENO,<br>Defendant. | Case No. 1:24-cv-00433-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 29, 35) |

Plaintiff Robert Sims is a civil detainee at the Department of State Hospitals-Coalinga (Coalinga) and is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2026, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment (Doc. 29) be granted. Doc. 35. Plaintiff timely filed objections. Doc. 36. Defendant timely replied to those objections. Doc. 37. In his objections, plaintiff does not address the specific underlying factual findings, and he does not establish that there is any material disputed issue of fact. The undisputed evidence shows that defendant took objectively reasonable measures to address the concern raised by another inmate about inmate Zelaya, and that there was no known threat to plaintiff based on the information available to defendant.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of

this case. Having carefully reviewed the file, including plaintiff's objections and defendant's reply, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued January 21, 2026, (Doc. 35) are adopted in full.
2. Defendant's motion for summary judgment (Doc. 29) is granted.
3. The Clerk of Court is directed to issue judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES DISTRICT JUDGE